1  Bruce J. Zabarauskas (Cal. Bar. No. 248601)
   Thompson & Knight LLP
2  10100 Santa Monica Blvd., Suite 950
   Los Angeles, CA 90067
3  Telephone: (310) 203-6902
   Facsimile: (310) 203-6980
4  Attorneys for Defendant
   Southwest Airlines Co.
5

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8

| 9  JEAN SHREM, and MARNI FISCHER, individually and on behalf of others similarly 10 situated,<br><br>11                    Plaintiffs,<br><br>12  vs.<br><br>13  SOUTHWEST AIRLINES CO.,<br><br>14                    Defendant. | Case No. 15-cv-04567-HSG<br><br>**STIPULATION AND ORDER ADJOURNING CASE MANAGEMENT CONFERENCE (Civ. L.R. 6-2(a))** |
| --- | --- |

15

16      WHEREAS, Jean Shrem and Marni Fischer (the "Plaintiffs") commenced the above-

17  captioned action on October 2, 2015;

18

19      WHEREAS, on November 12, 2015, Southwest Airlines Co. (the "Defendant") filed a

20  motion to dismiss (the "Motion To Dismiss") the above-captioned action pursuant to Rule 12 of

21  the Federal Rules of Civil Procedure;

22

23      WHEREAS, a hearing on the Motion to Dismiss is scheduled for January 21, 2016;

24

25      WHEREAS, the initial case management conference (the "Case Management

26  Conference") in this action is currently scheduled for January 12, 2016;

27

28

WHEREAS, the parties believe that the interests of justice and judicial economy would best be served if the Case Management Conference is adjourned to a date which is after the hearing date on the Motion To Dismiss because: (i) if the Motion to Dismiss is granted, the Case Management Conference will be moot; and (ii) if the Motion to Dismiss is denied or only granted in part, the issues to be discussed at the Case Management Conference may be better framed;

WHEREAS, there have been no previous requests to adjourn the Case Management Conference;[1]

WHEREAS, the adjournment requested herein, will have no effect on the schedule for the case, other than to moving the deadline for the parties to file their joint case management report and ADR certification from one week before the existing date for the Case Management Conference to one week before the adjourned Case Management Conference date, and similarly moving any deadlines under Federal Rule 26 based upon the adjourned Case Management Conference date;

NOW, THEREFORE, It is hereby stipulated by and between the undersigned parties that, subject to Court approval of this Stipulation, the Case Management Conference is adjourned from January 12, 2016 to February 9, 2016 at 2:00 p.m.

Dated: December 11, 2015

LAW OFFICE OF PETER FREDMAN                THOMPSON & KNIGHT LLP.

By: /s/ Peter S. Fredman _____        By: /s/ Bruce J. Zabarauskas _____
        Peter B. Fredman                                        Bruce J. Zabarauskas
        Attorney for Plaintiffs                                 Attorney for the Defendant

---

[1]     Though a case management conference had been scheduled before prior to the case being assigned to Judge Gilliam, the notice for such conference was vacated upon the assignment of the case to Judge Gilliam.

1   PURSUANT TO STIPULATION IT IS SO ORDERED
2   THIS 15th DAY OF DECEMBER 2015:

3

4            Hon. Haywood S. Gilliam, Jr.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

516441 000078 16477255.1