UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN SHREM, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>        Defendant. | Case No. 15-cv-04567-HSG<br><br>**ORDER TO SHOW CAUSE** |

On November 12, 2015, Defendant filed a motion to dismiss Plaintiffs' complaint, noticing the hearing for January 21, 2016. Dkt. No. 14. On January 21, 2016, the Court held the hearing as scheduled, and counsel for Defendant attended and argued the motion. Plaintiffs' counsel failed to appear.

The Court **ORDERS** Plaintiffs' counsel to show cause why he should not be sanctioned for failing to appear at the hearing. Counsel must file a statement of two pages or less by January 23, 2016, responding to this order to show cause.

**IT IS SO ORDERED.**

Dated: 1/21/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge